BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE STIRLING HOMEX BANKING AGREEMENTS LITIGATION ) DOCKET NO. 133

## ORDER

The Panel having found, upon the basis of the papers submitted and the hearing held, that the actions listed on the attached Schedule A involve common questions of fact and that transfer of these actions to the Southern District of New York for coordinated or consolidated pretrial proceedings would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS ORDERED that all actions on the attached Schedule A pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Dudley B. Bonsal for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407, with the actions pending in that district and listed on Schedule A.

A full opinion and order will be filed hereafter.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A

DOCKET NO. 133

SOUTHERN DISTRICT OF NEW YORK

| Case | Civil Action |
|---|---|
| David Stirling, Jr. & William G. Stirling v. Chemical Bank, et al. | Civil Action No. 72 Civ. 4476 |

DISTRICT OF NEW JERSEY

| Case | Civil Action |
|---|---|
| David Stirling, Jr. & William G. Stirling v. First National State Bank of New Jersey, et al. | Civil Action No. 1957-72 |

NORTHERN DISTRICT OF ILLINOIS

| Case | Civil Action |
|---|---|
| David Stirling, Jr. & William G. Stirling v. First National Bank of Chicago, et al. | Civil Action No. 72C 3136 |

WESTERN DISTRICT OF TENNESSEE

| Case | Civil Action |
|---|---|
| David Stirling, Jr. & William G. Stirling v. Union Planters National Bank, et al. | Civil Action No. 72-429 |